

# The Attorney General
## of Texas

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 3, 1971

Hon. Louis L. McDaniels
Executive Director
Texas Water Rights Commission
Sam Houston State Office Bldg.
Austin, Texas

Opinion No. M-1010

Re: Whether the Rio Grande
Compact Commission can
pay a new employee as
a Hydrologist I, (Group
17, Step 1) an annual
salary of $11,616.00
when the Commissioner
of the Rio Grande Com-
pact is receiving an
annual salary of $6,000.00

Dear Mr. McDaniels:

You have requested our opinion as to whether the Rio
Grande Compact Commission can pay a new employee as a Hydrolo-
tist I, (Group 17, Step 1) an annual salary of $11,616.00
or other rate deemed comparable, when the Rio Grande Compact
Commissioner by law can only receive $6,000.00 per year.

We assume that your inquiry relates to a person who
will be a full-time state engineer, rather than an indepen-
dent contractor, although this is not controlling; your
letter so states. This new position must be comparable to
the job classification act. General Appropriation Act, Pages
V-27, 28, Supplement to Senate Journal, S.B. 11, Acts 62nd
Leg., R.S., 1971, as amended by S.B. 7, 1st C.S. 62nd Leg.,
1971. You also know that you are authorized to pay less
than the amount set forth in a line item or maximum decided
upon for a comparable position. Sec. 2a, page V-32, General
Appropriation Act, supra.

The Rio Grande Compact Commission of Texas has authority
to hire an engineer or several engineers subject only to the
existence and conditions of appropriations therefor by the
Texas Legislature. Section 41.007, Texas Water Code; General
Appropriations Act for fiscal year September 1, 1971 to
August 31, 1972, Item 13, page III-155, Senate Journal, supra.
He is not to take bids on this employment, but is to hire a

-4931-

competent engineer.    Art. 664-4, V.C.S. as enacted by Acts
62nd Leg., R.S., 1971, Phap. 38, p. 72, effective March 31,
1971.

> "No state agency,...shall make any con-
> tract for, or engage the professional
> services of, any licensed...registered
> engineer...selected on the basis of com-
> petitive bids...but shall select...such
> services on the basis of demonstrated
> competence...and at fair and reasonable
> prices...consistent with and not higher
> than the published recommended practices
> and fees...of the associations and do
> not exceed the maximum provided by any
> state law."

The money is appropriated as Item 13, of the Water Rights
Commission appropriation reads (at p. III-155):

> "For the year Ending
> August 31, 1972

> "13. To the Rio Grande Compact
>      Commissioner for payment
>      of salaries and other neces-
>      sary expenses as authorized
>      by the Rio Grande Compact
>      of 1938, codified as Article
>      7466e--1, Vernon's Civil
>      Statutes, including $12,000
>      for the Commissioner's sala-
>      ry                              "$51,215"

The $46,715 appropriated for the fiscal year ending
August 31, 1973 was vetoed by the Governor.  Between the
present time and until September 1, 1972, the Commissioner
for Texas on the Rio Grande Compact is the State Officer
to decide what reasonable salary shall be paid to an engineer
or other experts he employs, and his decision is subject
only to the laws of Texas relating to appropriated moneys.
The salary appropriated to the Commissioner has no relation
to this decision by the Compact Commissioner or by the Texas
Water Rights Commission as to the salary of the engineer.

S U M M A R Y

Item 13 of the appropriation shown at page III-155 of the current general appropriation act (Acts 62nd. Leg., R.S. 1971, S.B. 11, as amended by S.B. 7, 1st C.S., same Leg.) may be used for the purpose of paying a salary to a Hydrologist I employed by the Rio Grande Compact Commissioner in the amount of $11,616.00.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Roger Tyler
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Robert Flowers
John Reeves
Charles Lind
Max Flusche

SAM McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant